In the Matter of the Probate of the Will of CHRISTIAN CARSTENS, Deceased. (Two Proceedings.)

HARRIET MCDERMOTT et al., Appellants; MARTHA BRAUNER, Respondent.

(Argued November 18, 1936; decided December 4, 1936.)

*David M. Neuberger* and *Murray Ratner* for appellants.
*Harry Lesser* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.